STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE __Second__ JUDICIAL CIRCUIT
__Richland__ COUNTY

MYRA ADKINS,
Plaintiff

vs.

WAL-MART, INC., D/B/A WAL-MART STORES, INC.,
an Illinois Corporation

No. 2018-L-10

## SUMMONS

To each defendant: Walmart, Inc., d/b/a Walmart Stores, Inc., an Illinois Corporation, c/o CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois, 60604

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court __Richland County Courthouse__ building, room _____,
__103 W. Main Street, Olney, IL 62450__
(Address)          (City)
, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of sevice and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS __8-28__, 20__19__

_Zachary R. Holder_
(Clerk of the Circuit Court)

By: _/s/ Stacey Hunley_
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
Name __Paul V. Bishop II__
Attorney for __Plaintiff__
Address __2001 E. Main Street, PO Box 398__
City __Olney, IL 62450__
Telephone __618-393-2183__

**SHERIFF'S FEES**

Service and return . . . . . . . . . . . . . . . $ _____

Miles _____ . . . . . . . . . _____

Total _____ $ _____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with the defendent.)

NAME OF DEFENDANT _____

DATE SERVED _____  TIME SERVED _____

SEX _____ RACE _____  APPROX. AGE _____  OR DOB _____

PLACE OF SERVICE _____

HOME ADDRESS _____

(b) - (Individual defendants - abode):
  By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

NAME OF PERSON SERVED _____

DATE SERVED _____  TIME SERVED _____

SEX _____ RACE _____  APPROX. AGE _____  OR DOB _____

PLACE OF SERVICE _____

  And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c) - (Corporation defendants)
  By leaving a copy of this summons and a copy of the complaint with the registered agent, the officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):
_____
_____

_____ Sheriff of _____ County

By: _____
         (Deputy)

FILE
Richland Co. Circuit Cou
2nd Judicial Circu
Date: 12/28/2018 1:07 P
Zachary R. Hold

*Zachary R. Holder*

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF RICHLAND   )

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## RICHLAND COUNTY, OLNEY, ILLINOIS

MYRA J. ADKINS,                          )
                                         )
       Plaintiff,                        )
                                         )
vs.                                      )   No. 18-L-10
                                         )
WAL-MART, INC. D/B/A WAL-MART            )
STORES, INC.,                            )
                                         )
       Defendant.                        )

## COMPLAINT AT LAW

The Plaintiff, **MYRA J. ADKINS**, by and through her attorney, **PAUL V. BISHOP II**, and complaining of the Defendant, **WAL MART, INC. D/B/A WAL-MART STORES, INC.**, states as follows:

1.  That on and prior to January 4, 2017, the Defendant, **WAL-MART, INC., D/B/A WAL-MART STORES, INC.**, held themselves out as a retail operating open to the general public and conducting business in Olney, Richland County, Illinois.

2.  That on or about January 4, 2017, the Plaintiff, **MYRA J. ADKINS**, went to the Defendant's, **WAL-MART, INC., D/B/A WAL-MART STORES, INC.**, store located at 1001 North West, Olney, Richland County, Illinois, for the purposes of making purchases and/or returns of retail merchandise and she tripped and fell over a raised metal and/or plastic strip that was located on the raised walkway area inside the Defendant's store near the self-checkout lanes and the Plaintiff fell to the ground.

3.  That at the said time and place, the Defendant, **WAL-MART, INC., D/B/A WAL-MART STORES, INC.**, individually and by virtue of the conduct of its

agents, servants, and/or employees, and any and all other affiliates, had a duty to exercise ordinary care for the Plaintiff's safety and others in entering into the Defendant's store and traveling upon the public areas of the store located at 1001 N. West, Olney, Richland County, Illinois, and to ensure dangerous conditions did not exist on the aforementioned premises under its care and control.

4. That in disregarding the aforementioned duty, the Defendant, **WAL-MART INC., D/B/A WAL-MART STORES, INC.**, individually and by virtue of the conduct of its agents, servants, and/or employees, and any and all other affiliates, was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a. Failed to adequately supervise the condition of the raised walking area near the self-checkout lanes inside the store in that had a raised metal and/or plastic strip that caused the Plaintiff to fall and injure herself and failed to insure that proper safety precautions were followed;

   b. Maintained the raised walking area near the self-checkout lanes inside the store in a way that presented an unreasonable danger to the health and safety of the Plaintiff;

   c. Failed to adequately warn the Plaintiff of the unsafe conditions of the raised walking area near the self-checkout lanes inside the Defendant's store;

   d. Failed to adequately inspect the raised walking area near the self-checkout lanes of the premises to ensure that it was safe for patrons to walk upon;

   e. Failed to remove said raised metal and/or plastic strip at the raised walking area near the self-checkout lanes inside the Defendant's store when they knew or reasonably should have known that the aforementioned condition created an unreasonable risk of harm to persons lawfully walking on said raised walkway area;

   f. Failed to adequately inspect their premises to ensure that an unreasonably dangerous condition did not exist; and

      g.    Was otherwise careless and negligent.

5.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, **WAL-MART, INC., D/B/A WAL-MART STORES, INC.**, individually and by virtue of the conduct of its agents, servants, employees, and/or any and all other affiliates, the Plaintiff, **MYRA J. ADKINS**, sustained severe and permanent injuries; was required to seek extensive medical and surgical consultations and treatments; suffered, and will continue to suffer, great pain, anguish, and physical and mental suffering; and has expended, and will in the future expend, great sums of money in attempts to be healed and cured of her maladies.

**WHEREFORE**, the Plaintiff, **MYRA J. ADKINS**, prays for judgment against the Defendant, **WAL-MART, INC., D/B/A WAL-MART STORES, INC.**, in such amount in excess of this Court's jurisdictional requisite of FIFTY THOUSAND DOLLARS ($50,000.00) as will fairly and adequately compensate her for his injuries, losses, and damages as hereinabove alleged.

                                                    **MYRA J. ADKINS, Plaintiff**

                                                    BY: _____
                                                  **Paul V. Bishop II**
                                                  *Attorney for the Plaintiff*

                                                                       Paul V. Bishop II
                                                                       Burke and Bishop
                                                                       2001 E. Main Street
                                                                         PO Box 398
                                                                      Olney, IL 62450
                                                                       618-393-2183
                                                                      ARDC: 6291403
                                                                paulbishop@gmail.com

FILED
Richland Co. Circuit Court
2nd Judicial Circuit
Date: 12/28/2018 1:07 P
Zachary R. Hold

*Zachary R. Holder*

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
RICHLAND COUNTY, OLNEY, ILLINOIS

MYRA J. ADKINS, )
 )
      Plaintiff )
 )
vs. ) No. 18-L-__10__
 )
WAL-MART, INC., D/B/A )
WAL-MART STORES, INC., )
 )
 )
      Defendant )

### AFFIDAVIT OF DAMAGES
### SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney representing the Plaintiff in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.00.

_____
Paul V. Bishop II
*Attorney for the Plaintiff*

**SUBSCRIBED AND SWORN** to before me on this __28__ day of __Dec.__, 2018.

_____
NOTARY PUBLIC

MISTY LONG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 30, 2021

Paul V. Bishop II
**Burke and Bishop**
2001 E. Main Street
PO Box 398
Olney, IL 62450
618-393-2183
ARDC: 6291403
paulbishop@gmail.com